

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01065-CV

**Lisa Kaye Newton**

v.

**SCI Texas Funeral Services, Inc. d/b/a Forest Park East Funeral Home**

NO. 2011-05614 IN THE 281ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 04/01/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 06/10/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/09/2014 | E-PAID | APE |
| MT FEE | $10.00 | 03/27/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 02/28/2014 | E-PAID | ANT |
| CLK RECORD | $164.00 | 01/30/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/17/2013 | PAID | ANT |
| FILING | $175.00 | 12/17/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $414.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**